**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

Argelia Esther Mavy,

      Plaintiff,

v.

Commissioner of Social Security Administration,

      Defendant.

No. CV-25-00689-PHX-KML (ASB)

**ORDER**

Plaintiff's counsel seeks an award of $4,380.90 in attorneys' fees under the Equal Access to Justice Act. (Doc. 52.) Defendant filed a response indicating there was "no basis to object" to the motion. (Doc. 54 at 2.) Plaintiff's counsel provided records indicating she performed 18.15 hours of work in this case. Counsel seeks to recover payment for 16.95 of those hours. (Doc. 53-1 at 2.) Based on the size of the administrative record and issues presented, 16.95 is a reasonable number of hours. At the statutory rate of $258.46 per hour, the total appropriate award is $4,380.90.

**IT IS ORDERED** the Motion for Attorneys' Fees (Doc. 52) is **GRANTED**. Plaintiff is awarded $4,380.90 in attorneys' fees.

/

/

/

/

/

**IT IS FURTHER ORDERED** that if, after receiving this order, the Commissioner: (1) determines that plaintiff does not owe a debt that is subject to offset under the Treasury Offset Program, and (2) agrees to waive the requirements of the Anti-Assignment Act, then the check for the fees awarded herein will be made payable to plaintiff's attorney pursuant to the assignment executed by plaintiff. However, if there is a debt owed under the Treasury Offset Program, the Commissioner cannot agree to waive the requirements of the Anti-Assignment Act, and any remaining Equal Access to Justice Act fees after offset will be paid by a check made out to plaintiff but delivered to plaintiff's attorney.

Dated this 19th day of May, 2026.

_____
**Honorable Krissa M. Lanham**
**United States District Judge**

- 2 -